UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUNO LLERENA, et al.,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, et al.,

Defendants.

Case No. 25-cv-09915-RS

**REFERRAL FOR RELATED CASE DETERMINATION**

Shortly after this action ("*Llerna*") was filed, plaintiffs moved for a determination as to whether it, and a companion action, *Kaiser et al. v. The Progressive Corporation et al.*, Case No. 4:25-cv-09900-HSG, should be deemed "related" to a case filed several days earlier, *Dickson et al. v. CSAA Insurance Services, Inc. et al*., Case No. 3:25-cv-09836-TLT, pursuant to Civil Local Rule 3-12. The judge to whom *Dickson* was assigned declined to find *Kaiser* and/or *Llerna* related to *Dickson.* Under Civil Local Rule 3-12(f)(2), the Clerk should then have submitted the proposed order to the *Kaiser* judge to permit a determination as to whether *Llerna* should be related to it, notwithstanding the conclusion that *Kaiser* and *Llerna* would not be related to *Dickson.* As a result of administrative oversight, that did not happen.

Accordingly, *Llerna* is hereby referred to the Hon. Haywood S. Gilliam, Jr., for a determination as to whether it should be related to *Kaiser.* The September 10, 2026, hearing date for the pending motion to compel arbitration and related motions is vacated. Those motions will be reset for hearing or submitted for decision without oral argument following resolution of the

United States District Court
Northern District of California

related case determination.

**IT IS SO ORDERED**.

Dated: September 3, 2026

RICHARD SEEBORG
United States District Judge